DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHANNE L. NALASCO,**
Appellant,

v.

**REEMPLOYMENT ASSISTANCE APPEALS COMMISSION** and **MACY'S FLORIDA STORES LLC,**
Appellees.

No. 4D14-4206

[June 1, 2016]

Appeal from the State of Florida, Reemployment Assistance Appeals Commission; L.T. Case No. RAAC 14-04105.

Johanne L. Nalasco, Deerfield Beach, pro se.

Katie E. Sabo, Tallahassee, for appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

*Affirmed.   See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150 (Fla. 1979); *Carvalho v. Unemployment Appeals Comm'n,* 51 So. 3d 601 (Fla. 5th DCA 2011).

CIKLIN, C.J., WARNER and GERBER, JJ., concur.

\*         \*         \*

*Not final until disposition of timely filed motion for rehearing.*